1  Brett N. Taylor (SBN 274400)
   btaylor@cozen.com
2  COZEN O'CONNOR
   401 Wilshire Boulevard, Suite 850
3  Santa Monica, CA 90401
   Telephone: 310.393.4000
4  Facsimile: 310.394.4700

5  Attorney for Defendant Legal Document Server,
   Inc.

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11  ANTHONY OLIVER,                          Case No. 2:24-cv-00514-KJM-JDP

12              Plaintiff,                    [Assigned to the Hon. Kimberly J.
                                              Mueller]
13  v.
                                              **ORDER GRANTING STIPULATION
14  DDS LEGAL SUPPORT SYSTEMS,                TO SET ASIDE ENTRY OF
    Inc., a California Corporation; EDDINGS   DEFAULT AND TO DISMISS
15  ATTORNEY SUPPORT SERVICES,               DEFENDANT LEGAL DOCUMENT
    Inc., a California Corporation; CAL       SERVER, INC. WITH PREJUDICE**
16  WEST ATTORNEY SERVICES, INC., a
    California Corporation; BAY AREA
17  FILE, L.L.C., a limited liability
    company; WIN-WIN ALSSI, Inc., a
18  California Corporation; LEGAL VISIT,
    Inc., a California Corporation; TRUE
19  LEGAL SUPPORT, Inc., a California
    Corporation; USA EXPRESS LEGAL &
20  INVESTIGATIVE SERVICES, Inc., a
    California Corporation; USA EXPRESS,
21  Inc., a California Corporation;
    NATIONWIDE LEGAL SUPPORT,
22  Inc., a California Corporation; PACIFIC
    COAST LEGAL SERVICES, Inc., a
23  California Corporation; ALL-N-ONE
    LEGAL SUPPORT, Inc., a California
24  Corporation; ADVANCED
    MICROSYSTEMS GROUP,
25  INCORPORATED, a California
    Corporation; LEGAL DOCUMENT
26  SERVER, a California Corporation;
    BFRM LEGAL SUPPORT SERVICES,

27
                                  - 1 -
28  [PROPOSED] ORDER GRANTING STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND TO
        DISMISS DEFENDANT LEGAL DOCUMENT SERVER, INC. WITH PREJUDICE
                           2:24-cv-00514-KJM-JDP
                               LEGAL\71307007\1

1  an unknown Corporation; SIGNAL
   ATTORNEY SERVICE, Inc., a
2  California Corporation; DISCOVERY
   LEGAL RETRIEVAL AND PROCESS
3  SERVICE, L.L.C., a California limited
   liability company; SERVEPRO-Legal, an
4  unknown Corporation; LAGUNA
   LEGAL, Inc., a California Corporation;
5  SABLES SERVCO, L.L.C., a limited
   liability company;
6
                    Defendants.
7

8

9        Having considered the Joint Stipulation to Set Aside Entry of Default and to

10  Dismiss Defendant Legal Document Server, Inc. by and between Plaintiff Anthony

11  Oliver ("Plaintiff"), on the one hand, and Defendant Legal Document Server, Inc.

12  ("Legal Document Server"), on the other hand, and good cause appearing, IT IS

13  HEREBY ORDERED that:

14        1.  The default entered against Legal Document Server on April 12, 2024 shall

15             be set aside;

16        2.  Any Default Judgment against Legal Document Server shall be set aside;

17             and

18        3.  Legal Document Server shall be dismissed from this action with prejudice,

19             with Plaintiff and Legal Document Server to bear their own attorney's fees

20             and costs.

21        **IT IS SO ORDERED.**

22  DATED:  June 26, 2024.

23

24        _____
          CHIEF UNITED STATES DISTRICT JUDGE
25

26

27
                              - 2 -
28  [PROPOSED] ORDER GRANTING STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND TO
        DISMISS DEFENDANT LEGAL DOCUMENT SERVER, INC. WITH PREJUDICE
                          2:24-cv-00514-KJM-JDP
                              LEGAL\71307007\1