1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTHONY OLIVER,                          Case No. 2:24-cv-00514-KJM-JDP (PS)

12                    Plaintiff,               **ORDER**

13         v.                                  DENYING PLAINTIFF'S MOTION TO FILE
                                               ELECTRONICALLY AND EX PARTE
14    DDS LEGAL SUPPORT SYSTEMS,               APPLICATION TO SHORTEN TIME;
      INC., *et al.*,                          GRANTING IN PART HIS MOTION FOR AN
15                                             EXTENSION OF TIME; CONTINUING THE
                    Defendants.                HEARINGS ON DEFENDANTS USA
16                                             EXPRESS LEGAL & INVESTIGATIVE
                                               SERVICES, INC. AND ALL-N-ONE LEGAL
17                                             SUPPORT, LLC'S MOTIONS; AND
                                               SETTING PLAINTIFF'S MOTION TO
18                                             CHANGE VENUE FOR HEARING

19                                             ECF Nos. 5, 20, 58

20

21

22         Plaintiff, who is proceeding without counsel, has filed a motion for permission to file

23    documents electronically.  ECF No. 5.  Generally, "any person appearing pro se may not utilize

24    electronic filing except with permission of the assigned Judge or Magistrate Judge."  E.D. Cal.

25    L.R. 133(b)(2).  "Requests to use paper or electronic filing as exceptions from these Rules shall

26    be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written

27    motions setting out an explanation of reasons for the exception."  E.D. Cal. L.R. 133(b)(3).

28

1    Plaintiff does not demonstrate good cause for a departure from the normal filing procedure

2    for unrepresented litigants.  He explains that he is recovering from Covid-19, and that granting his

3    request would allow him to protect court staff from exposure.  Although the court appreciates

4    plaintiff's concern for court staff, it does not warrant granting the requested relief.  Plaintiff

5    resides in Georgia and does not file his documents in person.  More importantly, plaintiff has

6    demonstrated no difficulty in filing documents in this action.  Accordingly, his motion is denied.[1]

7    Plaintiff has also filed a motion for a sixty-day extension of time to file an opposition to

8    USA Express Legal & Investigative Services, Inc.'s ("USA ELIS") motion to set aside the

9    Clerk's entry of its default, which is set for hearing on August 8, 2024.  ECF No. 58; *see* ECF No.

10   53.  Good cause appearing, plaintiff's motion is granted in part, and he shall file an opposition or

11   statement of non-opposition to USA ELIS's motion by July 18, 2024.

12   Also pending is defendant All-N-One Legal Support, Inc.'s ("All-N-One") motion to

13   strike and for a more definite statement, ECF No. 59, and plaintiff's motion to transfer venue,

14   ECF No. 70.  Plaintiff failed to properly notice his motion for hearing, and All-N-One's motion is

15   currently set for hearing on July 18, 2024.  ECF No. 61.  To conserve judicial resources, both

16   motions will be heard on August 8, 2024.[2]  The court also modifies the briefing schedule for these

17   motions, as set forth below.

18   Accordingly, it is hereby ORDERED that:

19   1.  Plaintiff's motion for permission to file documents electronically, ECF No. 5, is

20   denied.

21   2.  Plaintiff's ex parte application for an order shortening time, ECF No. 20, is denied as

22   moot.

23   3.  Plaintiff's motion for an extension of time to respond to defendant USA ELIS's motion

24   to set aside the Clerk's entry of default, ECF No. 58, is granted in part.

25

26   _____

27   [1] In relation to his motion to file electronically, plaintiff also submitted an ex parte application for an order.  ECF No. 20.  In light of the denial of his motion to file electronically, his ex parte application is denied as moot.

28   [2] The August 8, 2024 hearing will be conducted via Zoom.

4. Plaintiff shall file an opposition or statement of non-opposition to USA ELIS's motion by no later than July 18, 2024.

5. Defendant USA ELIS may file a reply to plaintiff's opposition, if any, by August 1, 2024.

6. The July 18, 2024 hearing on defendant All-N-One's motion to strike and for a more definite statement, ECF No. 59, is continued to August 8, 2024.

7. Plaintiff shall file an opposition or statement of non-opposition to defendant All-N-One's motion by no later than July 18, 2024.

8. Defendant All-N-One may file a reply to plaintiff's opposition, if any, by August 1, 2024.

9. On the court's own motion, plaintiff's motion to change venue, ECF No. 70, is set for hearing on August 8, 2024.

10. By no later than July 18, 2024, all remaining defendants that have appeared shall file an opposition or statement of non-opposition to plaintiff's motion to transfer venue.

11. Plaintiff may file a reply to any opposition by August 1, 2024.

12. Plaintiff's failure to comply with this order may result in a recommendation that this action be dismissed for lack of prosecution, failure to comply with court orders, and failure to comply with local rules.


IT IS SO ORDERED.


Dated:    July 2, 2024                    _____

                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE

3