UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY OLIVER, | Case No.  2:24-cv-00514-KJM-JDP (PS) |
| Plaintiff, | **ORDER** |
| v. | DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL |
| DDS LEGAL SUPPORT SYSTEMS, *et al.*, | |
| Defendants. | ECF No. 100 |

Plaintiff has filed a motion that requests this action be voluntarily dismissed without prejudice.  ECF No. 100.  Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without a court order by filing:

    (i)    a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

    (ii)    a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

Before plaintiff filed his request for voluntary dismissal, multiple defendants filed an answer to plaintiff's first amended complaint. ECF No. 11, 18, 23, 24, & 91.  Consequently, plaintiff may not unilaterally dismiss this case pursuant to Rule 41(a)(1)(A)(i).  However, defendants may stipulate to dismissal of this action pursuant to Rule 41(a)(1)(A)(ii).  Even if

defendants decline to stipulate, the court may dismiss this action based upon plaintiff's request, "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

Accordingly, it is ORDERED that all remaining defendants shall, within seven days of the date of this order, file and serve a document stipulating to dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii),[1] or otherwise respond to plaintiff's request for voluntary dismissal.

IT IS SO ORDERED.

Dated:   August 13, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] In the event defendants so stipulate, the court will construe the parties' filings as a stipulation of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii).

2